IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                   Civil No. 07-2601-KHV-DJW

ALICE L. HOPPE (Deceased),
TIMOTHY J. HOPPE, individually and as
Executor of the Estate of Alice L. Hoppe,
BRUCE A. HOPPE, and the
Unknown Heirs, Executors, Administrators,
Devisees, Trustees, Legatees, Creditors, and
Assignees of such of the defendants as may be
deceased; the Unknown Spouses of the
defendants; the Unknown Stockholders,
Officers, Successors, Trustees, Creditors and
Assignees of such defendants as are existing,
dissolved or dormant corporations; the Unknown
Executors, Administrators, Devisees, Trustees,
Creditors, Successors and Assignees of such
defendants as are or were partners or in
partnership; and the Unknown Guardians,
Conservators and Trustees of such of the defendants
as are minors or are in any way under legal disability;
and the Unknown Heirs, Executors, Administrators,
Devisees, Legatees, Trustees, Creditors and Assignees
of any Person alleged to be deceased and made
defendants as such,

        Defendants.

**<u>ORDER FOR SERVICE BY PUBLICATION</u>**

Now on this 8th day of January, 2008, this matter comes before the Court on the motion (doc. 2) of the United States for an Order requiring the appearance of the defendants and for service by publication of said Order. The Court, after reviewing the files, determines that this is a suit by the United States, on behalf of the Department of Agriculture, Rural Housing Service, to foreclose a real estate mortgage lien on real property located in Sherman County, Kansas, and

that personal service upon one or more of the defendants is not practical for the reasons set forth in the affidavit of Plaintiff's attorney.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendants set forth in the Plaintiff's motion for service by publication shall appear or plead in this action filed in this Court at Kansas City, Kansas, on or before March 7, 2008, a date not less than six weeks from the date the notice was first published, and in default thereof, the Court will find that the Complaint and all other pleadings are true, and judgment, the nature of which shall be stated, will be rendered accordingly.

IT IS FURTHER ORDERED that notice of this Order be published not less than once each week for six consecutive weeks in a newspaper having general circulation in Sherman County, Kansas.  Such notice shall contain a description of the real property subject to foreclosure in this action.

IT IS SO ORDERED.

                                                 s/ David J. Waxse
DAVID J. WAXSE
United States Magistrate Judge

Approved by:

ERIC F. MELGREN
United States Attorney

s/ Christina L. Medeiros
CHRISTINA L. MEDEIROS
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ks. S.Ct. No. 12884
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: chris.medeiros@usdoj.gov
ELECTRONICALLY SUBMITTED
       Attorneys for Plaintiff